### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DAISY EDMONDS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:13-cv-02507-JAR-TJJ |
| | ) | |
| v. | ) | Judge Robinson |
| | ) | Magistrate James |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, DAISY EDMONDS, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 30 days.

4. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that she be granted 30 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

                                                      Respectfully submitted,
                                                        **DAISY EDMONDS**

Dated: February 17, 2014                  By:    s/ Mandy M. Shell
                                                        Mandy M. Shell, KS Bar # 23410
                                                        PO Box 413677
                                                        Kansas City, MO  64141
                                                        Telephone:   (913) 871-4170
                                                        Facsimile:    (888) 418-1277
                                                        E-Mail:        mshell@smithmarco.com
                                                        ATTORNEY FOR PLAINTIFF

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAISY EDMONDS,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.: 2:13-cv-02507-JAR-TJJ** |
| ) | |
| **v.** ) | **Judge Robinson** |
| ) | **Magistrate James** |
| **MIDLAND CREDIT MANAGEMENT,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

**To:** Joshua C. Dickinson
Bryant T. Lamer
Spencer Fane Britt & Browne, LLP
12925 West Dodge Road, Suite 107
Omaha NE 68154

I, Mandy M. Shell, an attorney, certify that on **February 17, 2014**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|  |  |  |  |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | __X__ | ECF |

Dated: February 17, 2014

By: ___s/ Mandy M. Shell___
Mandy M. Shell, KS Bar # 23410
PO Box 413677
Kansas City, MO  64141
Telephone:  (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:   mshell@smithmarco.com