IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY EDMONDS, | ) |
| Plaintiff, | ) Case No.: 2:13-cv-02507-JAR-TJJ |
| v. | ) Judge Robinson |
| | ) Magistrate James |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** March 20, 2014

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Daisy Edmonds** | **Midland Credit Management, Inc.** |
| /s Mandy M. Shell | /s Joshua Dickinson |
| Mandy M. Shell, KS Bar # 23410 | Joshua C. Dickinson |
| PO Box 413677 | Spencer Fane Britt & Browne, LLP |
| Kansas City, MO 64141 | 12925 West Dodge Road, Suite 107 |
| Telephone: (913) 871-4170 | Omaha NE 68154 |
| Facsimile: (888) 418-1277 | Telephone: (402) 965-8600 |
| E-Mail: mshell@smithmarco.com | Facsimile: (402) 965-8601 |
| | E-Mail: jdickinson@spencerfane.com |

1